UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. **08 CR 1890 JLS** |
| Plaintiff, ) | |
| ) | <u>I N D I C T M E N T</u> |
| v. ) | |
| ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| JAIME GOVEA-SALMERON, ) | |
| Defendant. ) | |

The grand jury charges:

On or about May 15, 2008, within the Southern District of California, defendant JAIME GOVEA-SALMERON, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//
//
//

CEM:fer:San Diego
6/9/08

It is further alleged that defendant JAIME GOVEA-SALMERON was removed from the United States subsequent to April 21, 2000.

DATED: June 10, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB E. MASON
Assistant U.S. Attorney