1  **ERICK L. GUZMAN**
   California State Bar No. 244391
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  E-mail: erick_guzman@fd.org

5  Attorneys for Mr. Govea-Salmeron

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE JANIS L. SAMMARTINO)**

11 | UNITED STATES OF AMERICA, | ) | Case No.: 08CR1890-JLS |
12 | Plaintiff, | ) | Date: July 11, 2008
                                     Time: 1:30 p.m. |
13 | v. | ) |
14 | JAIME GOVEA-SALMERON, | ) | **NOTICE OF MOTIONS AND MOTIONS TO:** |
15 | Defendant. | ) | **(1) COMPEL DISCOVERY; AND**
                                     **(2) LEAVE TO FILE FURTHER MOTIONS.** |

17 TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
18         GEORGE MANAHAN, ASSISTANT UNITED STATES ATTORNEY:

19     **PLEASE TAKE NOTICE** that on July 11, 2008, at 1:30 p.m., or as soon thereafter as counsel may
20 be heard, the accused Juan Govea-Salmeron, by and through his attorneys, Erick L. Guzman and Federal
21 Defenders of San Diego, Inc., will ask this Court to enter an order granting the motion outlined below.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///

**MOTIONS**

Defendant, Mr. Govea-Salmeron, by and through his attorneys, Erick L. Guzman and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Compel Discovery; and
(2) Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

Dated: July 9, 2008

 */s/ Erick L. Guzman*
**ERICK L. GUZMAN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Govea-Salmeron
erick_guzman@fd.org

ERICK L. GUZMAN
California State Bar No. 244391
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone No. (619) 234-8467
Email: erick_guzman@fd.org

Attorneys for Mr. Govea-Salmeron

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JANIS L. SAMMARTINO**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08CR1890-JLS |
| Plaintiff, ) | DATE: July 11, 2008 |
| ) | TIME: 1:30 P.M. |
| v. ) | |
| ) | MEMORANDUM OF POINTS AND |
| JAIME GOVEA-SALMERON, ) | AUTHORITIES IN SUPPORT OF |
| ) | DEFENDANT'S MOTIONS |
| Defendant. ) | |

**I.**

**STATEMENT OF FACTS[1]**

On May 15, 2008, Mr. Govea was arrested for illegal entry pursuant to 8 U.S.C § 1326. On June 20, 2008, the government indicted Mr. Govea, charging him with violating 8 U.S.C. §1326. On that same date, he pled not guilty. These motions follow.

**II.**

**COMPEL ALL DISCOVERABLE MATERIAL**

Mr. Govea requests all discoverable material pursuant to Federal Rule of Criminal Procedure 16, Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972). This includes material that may support any defense pre-trial motions. See United States v. Cedano-Arellano, 332 F.3d 568 (9th Cir. 2003) (Rule 16 applies to discovery material to defense pre-trial motions); United States v. Gamez-

---

[1] These "facts" are based on discovery provided by the government. Mr. Govea does not concede the veracity of any of these allegations.

1  Orduno, 235 F.3d 453, 462 (9th Cir. 2000) (Brady applies to material supporting defense pre-trial motions).

2  Mr. Govea also requests any evidence that the government may potentially attempt to enter vis-a-vis rule

3  Federal Rule of Evidence 404(b).

4   Mr. Govea also requests the court to order access to his "A-File" pursuant to Rule 16(a)(1)(B) of the

5  Federal Rule of Criminal Procedure, which provides that "upon request of the defendant, the government

6  shall furnish to the defendant such copy of his prior criminal record, if any, as is within the possession,

7  custody, or control of the government . . . ."

8   Mr. Govea requests all arrest reports, investigator's notes, memos from arresting officers, dispatch

9  tapes, sworn statements, and prosecution reports pertaining to Mr. Govea and available under Fed. R. Crim.

10  P. 16(a)(1)(B) and (C), Fed. R. Crim. P. 26.2 and 12(I).  Mr. Govea specifically requests that all dispatch

11  tapes or any other audio or visual tape recordings which exist and which relate in any way to his case and

12  or his arrest be preserved and provided in their entirety.

13   Specifically, Mr. Govea requests a copy of the audiotape of *any* deportation hearing, as well as a

14  transcript of any such proceeding.

### III.

### LEAVE TO FILE FURTHER MOTIONS

17   Mr. Govea has not yet received all requested discovery nor viewed his "A-File."  After doing so, it

18  is likely that Mr. Govea will need to file additional motions.  Mr. Govea respectfully requests the Court grant

19  leave to file further motions if necessary.

### IV.

### CONCLUSION

22   Mr. Govea requests that the Court to grant the above motions.

  Respectfully submitted,

Dated:  July 9, 2008   */s/ Erick L. Guzman*
  ERICK L. GUZMAN
  Federal Defenders of San Diego, Inc.
  Attorneys for Mr. Govea

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08cr1890-JLS |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| JAIME GOVEA-SALMERON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Motions and Motions has been electronically served this day upon:

> George Manahan
> U.S. Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated:  July 9, 2008                                       /s/  Erick  L.  Guzman
                                                                                     ERICK L. GUZMAN
                                                                                      Federal Defenders
                                                                                      225 Broadway, Suite 900
                                                                                      San Diego, CA 92101-5030
                                                                                      (619) 234-8467  (tel)
                                                                                      (619) 687-2666  (fax)
                                                                                      erick_guzman@fd.org