1 | KAREN P. HEWITT
United States Attorney
2 | PAUL L. STARITA
Assistant U.S. Attorney
3 | California State Bar No. 219573
United States Attorney's Office
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | Telephone: (619) 557-6507/(619) 235-2757 (Fax)
Email: paul.starita@usdoj.gov
6 |
Attorneys for Plaintiff
7 | United States of America

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,          )    Criminal Case No.  08cr1890-JLS
                                      )
11 |                       Plaintiff,  )
                                      )    NOTICE OF APPEARANCE
12 |            v.                      )
                                      )
13 | JAIME GOVEA-SALMERON,             )
                                      )
14 |                       Defendant.  )
                                      )
15 | _____   )

16 |

17 | TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18 |     I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19 |     I certify that I am admitted to practice in this court or authorized to practice under

20 | CivLR 83.3.c.3-4

21 |     The following government attorneys (who are admitted to practice in this court or authorized to

22 | practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

23 | for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this

24 | case:

25 |     Name (If none, enter "None" below)

26 |     None.

27 |

28 |

1       Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u>

2   receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.

3   Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4       <u>Name</u> (If none, enter "None" below)

5       None.

6       Please call me if you have any questions about this notice.

7       DATED:   July 10, 2008
                                            Respectfully submitted,
8
                                            KAREN P. HEWITT
9                                           United States Attorney

10                                          *s/Paul L. Starita*

                                            _____
11                                          PAUL L. STARITA
                                            Assistant United States Attorney
12                                          Attorneys for Plaintiff
                                            United States of America
13                                          Email: paul.starita@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

        Notice of Appearance
        United States v. Govea-Salmeron        2                        08cr1890

1

2                          UNITED STATES DISTRICT COURT

3                         SOUTHERN DISTRICT OF CALIFORNIA

4

5    UNITED STATES OF AMERICA,              ) Case No. 08cr1890-JLS
                                            )
6                        Plaintiff,         )
                                            )
7         v.                                )
                                            )  CERTIFICATE OF SERVICE
8    JAIME GOVEA-SALMERON,                  )
                                            )
9                                           )
                                            )
10                       Defendant.         )
     _____   )

11

12   IT IS HEREBY CERTIFIED THAT:

13        I, PAUL L. STARITA, am a citizen of the United States and am at least eighteen years of age.  My

14   business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

15        I am not a party to the above-entitled action.  I have caused service of Government's Notice of

16   Appearance on the following party by electronically filing the foregoing with the Clerk of the District

17   Court using its ECF System, which electronically notifies them.

18        Erick Guzman, Federal Defenders of San Diego, Inc., Attorney for Defendant
          Erick_guzman@fd.org
19

20        I declare under penalty of perjury that the foregoing is true and correct.

21        Executed on July 10, 2008

22                                              */s/ Paul L. Starita*
                                                PAUL L. STARITA
23

24

25

26

27

28

     Notice of Appearance
     United States v. Govea-Salmeron          3                        08cr1890