FILED
AUG 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAIME GOVEA-SALMERON,<br><br>　　　　　Defendant. | Criminal Case No.  08CR1890-JLS<br><br>SUPERSEDING INFORMATION<br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor)<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about March, 2002, within the Southern District of California, defendant JAIME GOVEA-SALMERON being an alien, unlawfully entered or attempted to enter the United States; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//
//
//
//
//

Count 2

On or about May 15, 2008, within the Southern District of California, defendant JAIME GOVEA-SALMERON being an alien, unlawfully entered or attempted to enter the United States and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: *August 6*, 2008

KAREN P. HEWITT
United States Attorney

PAUL L. STARITA
Assistant U.S. Attorney