AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 8 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JAIME GOVEA-SALMERON | CASE NUMBER: 08CR1890-JLS |

I, JAIME GOVEA-SALMERON, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor) and Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 08/08/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jaime Govea S._
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER

13