MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs JAIME GOVEA-SALMERON                               No. 2008CR1890

The Court finds excludable delay, under the section indicated by check ( ✓ ), commenced on ___7/9/08___ and ended on ___8/8/08___.

3161(h)

| Check | Section | Description | Letter |
|---|---|---|---|
|  | (1)(A) | Exam or hrg for **mental or physical incapacity** | A |
|  | (1)(B) | **NARA exam**ination (28:2902) | B |
|  | (1)(D) | State or Federal trials or **other charges pending** | C |
|  | (1)(E) | **Interlocutory appeals** | D |
| X | (1)(F) | **Pretrial motions** (from flg to hrg or other prompt dispo) | E |
|  | (1)(G) | **Transfers from other district** (per FRCrP 20, 21 & 40) | F |
|  | (1)(J) | **Proceedings under advisement** not to exceed thirty days | G |
|  |  | Misc proc: Parole or prob rev, deportation, **extradition** | H |
|  | (1)(H) | **Transportation** from another district or to/from examination or hospitalization in ten days or less | 6 |
|  | (1)(I) | Consideration by Court of **proposed plea agreement** | 7 |
|  | (2) | **Prosecution deferred** by mutual agreement | I |
|  | (3)(A)(B) | **Unavailability of defendant** or **essential witness** | M |
|  | (4) | Period of **mental or physical incompetence** of defendant to stand trial | N |
|  | (5) | Period of **NARA commitment or treatment** | O |
|  | (6) | **Superseding indictment and/or new charges** | P |
|  | (7) | **Defendant awaiting trial of co-defendant** when no severance has been granted | R |
|  | (8)(A)(B) | **Continuance**s granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance | T |
|  | (8)(B)(i)(1) | Failure to **continue** would stop further proceedings or result in **miscarriage of justice** | T1 |
|  | (8)(B)(ii) | 2) **Case** unusual or **complex** | T2 |
|  | (8)(B)(iii) | 3) **Indictment** following arrest **cannot be filed** in thirty (30) days | T3 |
|  | (8)(B)(iv) | 4) **Continuance** granted in order to obtain or **substitute counsel**, or give reasonable time to prepare | T4 |
|  | 3161(I) | Time up to **withdrawal of guilty plea** | U |
|  | 3161(b) | **Grand jury indictment time extended** thirty (30) more days | W |

E (circled on right side)

Date 8/9/08                                                    _____[signature]_____
                                                              Judge's Initials